UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-94-328 LKK

    Plaintiff,

  v.                        O R D E R

JAMES H. SANDERS,

    Defendant.
_____/

    As to the motion of Robert M. Wright, it is DENIED.  The court finds that Robert M. Wright's motion is vexatious and no further response by this court as to any filings will be made unless Wright has first obtained permission of the court to file same.

    IT IS SO ORDERED.

    DATED: July 6, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1